IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT LLC., <br><br> Plaintiff, <br> v. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, ET AL., <br><br> Defendants. | CASE NO. 5:13-CV-02512-EJD <br><br> **CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on December 13, 2013. Based on the parties' Joint Case Management Statement (<u>see</u> Docket Item No. 23), the court has determined that a Case Management Conference is premature at this time. Accordingly, the Case Management Conference is VACATED. The court will reset the conference if necessary upon resolution of the motion to remand.

**IT IS SO ORDERED.**

Dated: December 10, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-CV-02512-EJD
CASE MANAGEMENT ORDER