IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT LLC., | CASE NO. 5:13-CV-02512-EJD |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| UNITED HEALTHCARE INSURANCE COMPANY, ET AL., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 13, 2013. Based on the parties' Joint Case Management Statement (see Docket Item No. 23), the court has determined that a Case Management Conference is premature at this time. Accordingly, the Case Management Conference is VACATED. The court will reset the conference if necessary upon resolution of the motion to remand.

**IT IS SO ORDERED.**

Dated: December 10, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-CV-02512-EJD
CASE MANAGEMENT ORDER